LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
100 Arrowgate Drive
Randolph, New Jersey 07869
Phone:   (862) 781-0224
Facsimile: (973) 306-3303
Scott J. Goldstein, Esq. (SG1837)
*Attorney for Appellant*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>FRANK R. KING<br><br><br>DAVID SCHOREFPER and<br>MICHAEL WEISS,<br><br>Plaintiffs,<br><br>-v-<br><br>FRANK KING<br><br>Defendant. | Case No. 09-30840<br><br>Chapter 7<br><br><br><br>**NOTICE OF APPEAL**<br><br><br>Adversary No. 09-2326(DHS) |

Frank King, the defendant, appeals under 28 U.S.C. §158(a) or (b) from the judgments, orders or decrees of the Honorable Donald H. Steckroth, U.S.B.J., granting Plaintiffs' Motion for Summary Judgment, entered in this adversary proceeding on the 16th Day of February, 2010 and denying Defendant's Motion for Reconsideration or to Vacate Summary Judgment, entered on the 19th day of March, 2010.

The names of all parties to the judgments, orders, or decrees appealed from and the names, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

DAVID SCHROEPFER
*Plaintiff Pro Se*
35 Rushmore Lane
Hackettstown, New Jersey 07840
(201) 688-6094

MICHAEL WEISS
*Plaintiff Pro Se*
35 Rushmore Lane
Hackettstown, New Jersey 07840
(201) 688-6094

Dated: March 24, 2010

Signed: /s/ Scott J. Goldstein
Scott J. Goldstein (SG1837)
Attorney for Appellant
Law Offices of Scott J. Goldstein, LLC
100 Arrowgate Drive
Randolph, New Jersey 07869
Tel:   (862) 781-0224
Fax:   (973) 306-3303

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*